UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| REBECCA R. BESSETTE,<br><br>                Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, *Acting Commissioner of Social Security*,<br><br>                Defendant. | Case No. CV 23-13-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that in accordance with the Order dated April 22, 2024 (Doc. 15), the Commissioner's decision is AFFIRMED. Judgement is entered in favor of Defendant.

      Dated this 22nd day of April, 2024.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ Sarah Nagy
                                        Sarah Nagy, Deputy Clerk